| | |
|---|---|
| 1 | SANDRA RAE BENSON, Bar No. 121324 |
|   | ALAN G. CROWLEY, Bar No. 203438 |
| 2 | WEINBERG, ROGER & ROSENFELD |
|   | A Professional Corporation |
| 3 | 1001 Marina Village Parkway, Suite 200 |
|   | Alameda, California 94501-1091 |
| 4 | Telephone 510.337.1001 |
|   | Fax 510.337.1023 |

Attorneys for Defendants
Operating Engineers Local Union No. 3 and John Bonilla

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JEFF HUBINS, | ) | No.  C-04-3091 MMC |
| | ) | |
| Plaintiff, | ) | **STIPULATION OF DISMISSAL** ; |
| | ) | ORDER THEREON |
| v. | ) | |
| | ) | |
| OPERATING ENGINEERS LOCAL UNION | ) | |
| NO. 3, JOHN BONILLA, | ) | |
| | ) | |
| Defendants. | ) | |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel the above captioned matter be and hereby is dismissed with prejudice pursuant to F.R.C.P. § 41(a)(1).

Dated: July 12, 2005

Dated: July __, 2005

By: /s/ _____
Jeffrey Hubins

By: /s/ _____
John Bonilla

Dated: _____

Dated: July 20, 2005

By: /s/ _____
Geoffrey Spellberg
Attorney for Plaintiff

By: /s/ _____
Alan Crowley
Attorney for Defendants

*IT IS SO ORDERED*
*Judge Maxine M. Chesney*

STIPULATION OF DISMISSAL
Case No. C-04-3091 MMC

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001